723 A.2d 162

**Timothy J. HAYES, M.D., Respondent,**

v.

**MERCY HEALTH CORPORATION, t/a Mercy Catholic Medical Center a/k/a Fitzgerald Mercy Hospital, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 12, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 12th day of January 1999, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether the confidentiality provisions of the Peer Review Act apply to an action by a physician challenging his own peer review process.